**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Layne Hammons
Nelson & Hammons
705 Milam Street
Shreveport LA 71101

**REHEARING ACTION: November 12, 2014**

**Docket Number: 14   00124-CA**

**CONNIE JORDAN**
**VERSUS**
**RAPIDES REGIONAL MEDICAL CENTER, ET AL.**

**Appealed from Rapides Parish Case No. 238,992**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Connie Jordan** has this day been

    **DENIED.**

cc: Nicholas Gachassin, III, Counsel for the Appellee
    Nicholas Gachassin, Jr., Counsel for the Appellee
    Gary Jude Delahoussaye, Counsel for the Appellee